

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00165-CR

| | | |
|---|---|---|
| DALE EDWARD WOODARD, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1578369R) |
| V. | § | March 30, 2023 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and bill of cost are modified to remove the local consolidated court cost of $105 and to reduce the state consolidated court cost imposed to $133. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM